FILED

01/27/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0678



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0678

IN THE MATTER OF THE ESTATE OF:

IAN RAY ELLIOT,

Deceased.

O R D E R

FILED

JAN 2 7 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed on January 27, 2025, this Court has determined that the brief does not comply with the Rules.

M. R. App. P. 12(1)(i) requires that an appellant's opening brief contain "[a]n appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken." Appellant's Opening Brief contains an appendix, but the appendix does not contain the order being appealed.

Therefore,

IT IS ORDERED that the Appellant's Opening Brief is accepted for filing; but

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order, the Appellant shall file with the Clerk of this Court seven copies of an appendix in compliance with the Rule specified above, and that the Appellant shall serve and certify service of copies of the appendix on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

1

The Clerk of this Court is directed to mail a true copy of this Order to counsel for Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 27th day of January, 2025.

For the Court,

By _____
Justice